IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| William M. Chaires | * | |
|     Appellant | | |
| | * | |
| vs. | | Civil Action No.: CCB-02-2905 |
| | * | |
| Chevy Chase Bank, F.S.B. | | |
|     Appellee | * | |

\*\*\*\*\*\*

## ORDER

Appellant(s) having failed to serve and file a brief within 15 days after entry of the appeal on the docket as required by Bankruptcy Rule 8009(a), appellant(s) having failed to respond to the show cause order entered by this court and this court finding that the failure to comply with Bankruptcy Rule 8009(a) was negligent and that any further delay in prosecuting this appeal will be prejudicial to appellee(s) and to the orderly and expeditious management of the affairs of the Bankruptcy Court, it is, this \_\_7\_\_ day of \_\_November\_\_ 20\_02\_,

ORDERED that this appeal be dismissed pursuant to Local Rule 403.3.

_____
CATHERINE C. BLAKE
U.S. DISTRICT JUDGE

NOV - 9

U.S. District Court (Rev. 12/1999)